FILED
IN CLERKS OFFICE
2025 OCT 29 PM 3:52
U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CARMEN FABERY,

Plaintiff,

v.

NATIONAL ASSOCIATION OF GOVERNMENT EMPLOYEES,

Defendant.

CIVIL ACTION

NO. 1:24-cv-12781-IT

**MEMORANDUM OF REASONS**

**IN SUPPORT OF PLAINTIFF'S MOTION TO EXTEND DISCOVERY DEADLINES**

For good cause as shown below, Plaintiff respectfully requests that this Court extend the deadline to complete fact discovery by thirty days. Fact discovery was originally scheduled to conclude on October 31, 2025. Plaintiff previously filed a single motion to request an extension of time to respond to Defendant's interrogatories and requests for production, and a modification of the deadline by which the Parties were to serve requests for admission, which was granted. [Docket Entry No. 17]. Plaintiff's request is limited to the fact discovery deadline only and does not affect any of the other deadlines outlined in the Scheduling Order. [Docket Entry No. 13]. If an extension were to be granted, Plaintiff would serve one set of interrogatories and depose three or fewer non-expert witnesses.

Pursuant to the Scheduling Order and Fed. R. Civ. P. 16(b)(4), motions to extend or modify deadlines will be granted when good cause is shown. Plaintiff has worked diligently to respond to Defendant's several onerous discovery requests, but has not served any discovery requests on Defense herself. This is in part due to her time being occupied by the death of two

close relatives, including her mother. Plaintiffs' request for an extension of the discovery deadline is not to cause undue delay, but rather, to allow her one last opportunity to gather the facts relevant to her claims. Plaintiff intends to reach out to the Boston College *Pro Se* Legal Assistance Clinic to help her with her discovery requests. It is in the interest of justice to allow Plaintiff an additional thirty days to conduct fact discovery, lest this trial proceed without Plaintiff having conducted any discovery at all.

It is further noted that during the status conference on September 17, 2025, the Parties confirmed that neither intends to call an expert witness at trial. As such, those deadlines have been removed from the Scheduling Order and part of that time allotted toward the completion of fact discovery. Elimination of the need to depose expert witnesses allows the timeframe for dispositive motions to remain unchanged, so granting Plaintiff's request would not cause any undue delay in this matter.

For the foregoing reasons, Plaintiff respectfully requests that this honorable Court grant an extension of the deadline to complete fact discovery by thirty days and adopt Plaintiff's proposed Scheduling Order.

**CERTIFICATE OF SERVICE**

I, CARMEN FABERY, hereby certify that on October 29, 2025, I served the above Memorandum of Reasons by electronic mail to Lawrence D. Humphrey, counsel for Defendant.

Carmen Fabery, *Pro Se*
270 Babcock St.
Apt. 20-E
Boston, MA 02215